UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHMAEL SHUMARI MWESIGWA,<br><br>        Petitioner,<br><br>v.<br><br>D. K. SISTO, Warden,<br><br>        Respondent. | Civil No.  08-1434 DMS (JMA)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has not paid the $5.00 filing fee and has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

The request to proceed in forma pauperis is denied because Petitioner has not provided the Court with sufficient information to determine Petitioner's financial status. A request to proceed in forma pauperis made by a state prisoner must include a certificate from the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution. Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Rule 3.2. Petitioner has failed to provide the Court with the required Prison Certificate.

//

//

-2-

1  Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and
2  **DISMISSES** the case without prejudice. To have the case reopened, Petitioner must, no later
3  than **October 14, 2008**, provide the Court with: (1) a copy of this Order together with the $5.00
4  filing fee; or (2) a copy of this Order together with adequate proof that Petitioner cannot pay the
5  $5.00 filing fee. *The Clerk of the Court is directed to send Petitioner a blank Southern District*
6  *in forma pauperis form, which includes the required Prison Certificate.*
7  **IT IS SO ORDERED.**

9  DATED:   8-11-08

              Dana M. Sabraw
              United States District Judge