Ishmael S. Mwesigwa
PLAINTIFF/PETITIONER/MOVANT'S NAME
V95909
PRISON NUMBER

California State Prison Solano
PLACE OF CONFINEMENT
P.O. BOX 4000 bldg. 22-A6U
Vacaville CA 95696-4000
ADDRESS

**FILED**
AUG 2 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

Ishmael Shumari Mwesigwa ,
Plaintiff/Petitioner/Movant

v.

D.K. SISTO/WARDEN ,
Defendant/Respondent

Civil No. 08CV1434 DMS (JMA)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I,  Ishmael Shumari Mwesigwa ,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration  California State Prison Solano
    Are you employed at the institution?    ☐ Yes ☒ No
    Do you receive any payment from the institution?   ☐ Yes ☒ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 2/05)                                                K:\COMMON\FORMS\CIV-67

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____
   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. April/2005 Joey Pope Foundation $1000 per month
   _____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment      ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends     ☐ Yes ☒ No
   c. Pensions, annuities or life insurance              ☐ Yes ☒ No
   d. Disability or workers compensation                 ☐ Yes ☒ No
   e. Social Security, disability or other welfare       ☐ Yes ☒ No
   e. Gifts or inheritances                              ☐ Yes ☒ No
   f. Spousal or child support                           ☐ Yes ☒ No
   g. Any other sources                                  ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____
   _____
   _____

4. Do you have any checking account(s)?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes ☒ No
If "Yes" describe the property and state its value._____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. __N/A__

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):_____
$1,148 to Superior Court of California County of San Diego

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): __N/A__

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses._____
None   Received funds from parents one in 2007 in amount of $150 minus %55 Restitution

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

__8/19/08__
DATE

_____
SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account.  <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant   ISHMAEL MWESIGWA  ,
(NAME OF INMATE)

V95909  ,
(INMATE'S CDC NUMBER)

has the sum of $ 0.00 on account to his/her credit at

CSP-Solano
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities   0.00

to his/her credit according to the records of the aforementioned institution.  I further certify that **during the past six months** the applicant's *average monthly balance* was $ 14.05  ,

and the *average monthly deposits* to the applicant's account was $ 0.00  .

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

8/5/08
DATE

*Teresa Ayers*
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

Teresa Ayers
OFFICER'S FULL NAME (PRINTED)

Account Technician
OFFICER'S TITLE/RANK

AUG 0 5 2008

CIV-67 (Rev. 2/05)   -4-   K:\COMMON\FORMS\CIV-67

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, __Ishmael S. Mwesigwa CDC# V95909__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $250 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__8/18/08__   __[signature]__
DATE        SIGNATURE OF PRISONER

CIV-67 (Rev. 2/05)                -5-                 K:\COMMON\FORMS\CIV-67

```
REPORT ID: TS3030 .701                                      REPORT DATE: 08/05/08
                                                            PAGE NO:           1
              CALIFORNIA DEPARTMENT OF CORRECTIONS
                  CALIFORNIA STATE PRISON SOLANO
                  INMATE TRUST ACCOUNTING SYSTEM
                  INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: FEB. 05, 2008 THRU AUG. 05, 2008

ACCOUNT NUMBER : V95909                  BED/CELL NUMBER: S422A 0000006U
ACCOUNT NAME   : MWESIGWA, ISHMEAL SHUMARI    ACCOUNT TYPE: I
PRIVILEGE GROUP: B

                        TRUST ACCOUNT ACTIVITY

      TRAN
DATE  CODE  DESCRIPTION     COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE

02/05/2008  BEGINNING BALANCE                                              29.10

03/07 W516  LEGAL COPY CH   3257-L/CPY                           1.50      27.60
03/25 FC04  DRAW-FAC 4      3554-MKUP                           27.60       0.00
04/07 FR01  CANTEEN RETUR   703705                              27.60-     27.60
05/01 W705  MISC. IWF CHA   3993-PHOTO                           8.00      19.60
05/07 FC04  DRAW-FAC 4      4097-1ST                            19.60       0.00

                        TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL         TOTAL         CURRENT     HOLDS      TRANSACTIONS
BALANCE       DEPOSITS      WITHDRAWALS     BALANCE    BALANCE    TO BE POSTED

  29.10         0.00          29.10           0.00       0.00          0.00

                                                         CURRENT
                                                        AVAILABLE
                                                         BALANCE
                                                        ---------
                                                           0.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ Act. Tech.
TRUST OFFICE
8/5/08

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHMAEL SHUMARI MWESIGWA,<br><br>                    Petitioner,<br><br>    v.<br><br>D. K. SISTO, Warden,<br><br>                    Respondent. | Civil No.  08-1434 DMS (JMA)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

      Petitioner, a state prisoner proceeding pro se, has not paid the $5.00 filing fee and has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

      The request to proceed in forma pauperis is denied because Petitioner has not provided the Court with sufficient information to determine Petitioner's financial status. A request to proceed in forma pauperis made by a state prisoner must include a certificate from the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution. Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Rule 3.2. Petitioner has failed to provide the Court with the required Prison Certificate.

//

//

# PROOF OF SERVICE BY MAIL

## BY PRISONER "IN PRO PER"

I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that I am a prison inmate.

My prison address is:   California State Prison - Solano
Housing: 22-A-60
P.O. Box 4000
Vacaville, California 95696-4000

On the "*date*" specified below, I served the following document(s) on the parties listed below by delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to the "Prison Mailbox Rule":

Case Name: MWESIGWA     Case #: SCD185722

Document(s) Served: PETITION FOR WRIT OF HABEAS CORPUS, MOTION TO PROCEED IN FORMA PAUPERIS, CALIFORNIA SUPREME COURT ORDER ON APPEAL

The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form attached pursuant to prison regulations, was/were addressed as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
880 FRONT ST, SUITE 4290
SAN DIEGO, CA 92101-8900

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on AUG 18, 2008, in Vacaville, California.

"*date*"

Signature: 

Printed Name: ISHMAEL MWESIGWA